# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL LYNN ROCHA, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW SAUL, <br> Commissioner of Social Security, <br><br> Defendant. | Case No.: 1:20-cv-0613 – JLT <br><br> ORDER DIRECTING THE CLERK TO ISSUE SUMMONS, SOCIAL SECURITY CASE DOCUMENTS, AND SCHEDULING ORDER |

Previously, the Court granted Plaintiff's motion to proceed *in forma pauperis* and reviewed the allegations in the Complaint pursuant to 28 U.S.C. §§ 1915A(b) and 1915(e)(2). (Doc. 3) The Court now finds it is appropriate for the summons and new case documents to be issued.  Accordingly, the Court **ORDERS**:

1. The Clerk of Court is DIRECTED to issue summons as to Andrew Saul, Commissioner of Social Security and the stay is lifted only to allow this act;

2. The Clerk of Court is DIRECTED to issue and serve Plaintiff with Social Security Case Documents, including the Scheduling Order, Order regarding Consent, the Consent Form, and USM-285 Forms;

3. The U.S. Marshal is DIRECTED to serve a copy of the complaint, summons, and the order granting Plaintiff's motion to proceed in forma pauperis (Doc. 3) upon the defendant as directed by Plaintiff in the USM Forms; and

4. After service, the matter will remain stayed until the administrative record is filed or further order of the Court lifting the stay.

IT IS SO ORDERED.

Dated: __**August 26, 2020**__                     _____/s/ Jennifer L. Thurston__
                                                                      UNITED STATES MAGISTRATE JUDGE