UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL LYNN ROCHA, | ) Case No.: 1:20-cv-0613 JLT |
| Plaintiff, | ) ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME |
| v. | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) (Doc. 16) |
| Defendant. | ) |

On August 6, 2021, the parties stipulated for the Plaintiff to have an extension of five days to file an opening brief brief. (Doc. 16)  Notably, the Scheduling Order permits a single thirty-day extension by the stipulation of parties (Doc. 6 at 3), and this is the first extension requested by either party. Accordingly, the Court **ORDERS**:

1. The extension of time is **GRANTED**; and
2. Plaintiff **SHALL** file an opening brief no later than **August 11, 2021**.

IT IS SO ORDERED.

Dated: __August 8, 2021__         _ /s/ Jennifer L. Thurston
                                   CHIEF UNITED STATES MAGISTRATE JUDGE