1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  GAIL LYNN ROCHA, | ) Case No.: 1:20-cv-0613 JLT |
| 12         Plaintiff, | ) ORDER GRANTING PLAINTIFF'S REQUEST ) FOR AN EXTENSION OF TIME |
| 13     v. | ) (Doc. 21) |
| 14  COMMISSIONER OF SOCIAL SECURITY, | ) |
| 15         Defendant. | ) |
| 16 | ) |

17    On September 21, 2021, Plaintiff filed a stipulation of the parties for Plaintiff to have an

18 extension of thirty days to file a reply brief.  (Doc. 21.)  The Scheduling Order allows for one extension

19 of thirty days by stipulation of the parties.  (Doc. 6 at 3.)  Beyond the single extension by stipulation,

20 "requests to modify [the scheduling] order must be made by written motion and will be granted only for

21 good cause."  (*Id.*)

22    Previously, the Court granted Plaintiff a thirty-day extension of time to file an opening.  (Docs.

23 16, 17.)  Therefore, the Court construes the stipulation now pending to be a motion to amend the

24 scheduling order.  (*See* Doc. 6 at 3.)  Dolly Trompeter, counsel for Plaintiff, asserts the extension of

25 time is necessary "due to Counsel's observance of the holiday Rosh Hashanah."  (Doc. 21 at 2.)  In

26 addition, Ms. Trompeter reports she needs "additional time to brief the issues thoroughly for the

27 Court's consideration."  (*Id.*) the Commissioner does not oppose the requested extension.  (*Id.* at 2.)

28 ///

Based upon the information provided, the Court **ORDERS**:

1. The request for an extension of time (Doc. 21) is **GRANTED**; and
2. Plaintiff **SHALL** file any reply brief no later than **October 7, 2021**.

IT IS SO ORDERED.

Dated:   **September 8, 2021**                         /s/ Jennifer L. Thurston
                                                 CHIEF UNITED STATES MAGISTRATE JUDGE